Cause # 9411107-E 29,520-20

TO: ABEL ACOSTA - Clerk, Texas Court Of Criminal Appeals
From: Ted L. Robertson - #1175868 - 2400 Wallace Pack Rd. Navasota, Tx 77868
RE: CHANGE OF ADDRESS NOTIFICATION

PLEASE, "SEND ALL CORRESPONDENCE CONCERNING
Cause # 9411107-E, To APPLICANT / PETITIONER'S
"NEW ADDRESS", WHICH IS AS FOLLOWS:

Ted L. Robertson
#1175868 - Pack-I Unit
2400 Wallace Pack Rd.
Navasota, Tx. 77868

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 14 2015

Abel Acosta, Clerk

Executed Mailed August 25, 2015 — Ted L. Robertson (Pro-Se)